UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY H. WITHERSPOON and SALIMAH HANAN EL-AMIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE EMPLOYEES CREDIT UNION,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:23-CV-141-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for judgment on the pleadings [D.E. 11] and DISMISSES WITH PREJUDICE plaintiffs' complaint.

This Judgment filed and entered on May 13, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

May 13, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk